# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 24-1917V

* * * * * * * * * * * * * * * * * * * * * * * *

JANE-ALEXANDRA KREHBIEL
*As administrator or*
ESTATE OF
MATTHEW DAVID KREHBIEL,

      Petitioner,

      v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

      Respondent.

Chief Special Master Corcoran

Filed: July 30, 2025

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS[1]

On November 20, 2024, Jane-Alexandra Krehbiel, as Administrator of the Estate of Matthew David Krehbiel, filed a petitioner for compensation under the National Vaccine Injury Compensation Program.[2] Petitioner alleges that Mr. Krehbiel experienced cardiac arrhythmia that resulted in his death after receiving the influenza vaccine on November 18, 2022. Petition (ECF No. 1) at 1.

The Petitioner has now moved to dismiss this case. *See* Motion for a Dismissal Decision, dated July 11, 2025 (ECF No. 12). Because Respondent has not filed his Rule 4(c) Report, the Motion is properly treated as one seeking voluntary dismissal under Rule 21(a)(1).

---

[1] Under Vaccine Rule 18(b), each party has fourteen (14) days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole Order will be available to the public in its present form. *Id.*

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755 (codified as amended at 42 U.S.C. §§ 300aa-10–34 (2012)) (hereinafter "Vaccine Act" or "the Act"). All subsequent references to sections of the Vaccine Act shall be to the pertinent subparagraph of 42 U.S.C. § 300aa.

Accordingly, this matter is concluded. **This Order hereby notifies the Clerk of the Court that proceedings "on the merits" of this Petition are now concluded, but no judgment "on the merits" pursuant to Vaccine Rule 11 for purposes of Section 21(a) of the Act shall issue**.

**IT IS SO ORDERED**.

/s/ Brian H. Corcoran
Brian H. Corcoran
Chief Special Master